AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Dieuny PASIUS, | ) | Case No. 13-8359-DLB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

AUG - 2 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/11/13; 05/18/13; 08/01/13__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(c) | Possessions of Firearm by Convicted Felon |

This criminal complaint is based on these facts:

See attached affidavit of Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Sara Connors.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF Special Agent Sara Connors
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/02/2013__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__        U.S. Magistrate Judge Dave Lee Brannon
*Printed name and title*

## AFFIDAVIT
Case No. 13-8359-DLB

Your affiant, Sara Connors, first being duly sworn does hereby depose and state as follows:

1. I am an agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since 1999.  Some of my responsibilities include investigating violations of federal law, including violations of the Gun Control Act (Title 18 United States Code, Chapter 44).  This affidavit is based upon your affiant's personal knowledge, review of reports, and information obtained from other law enforcement officials and civilians.  This affidavit does not contain every fact of this investigation, only the necessary information to support probable cause.

2. On March 11, 2013, at approximately 2:58 a.m., Lantana Police Officer Latortue was on patrol in Lantana, Palm Beach County, Southern District of Florida when he observed a red Chevrolet Camaro operating without a license plate tag light as required under Florida law.  Officer Latortue followed the vehicle and was still not able to observe the license plate number.  Officer Latortue attempted to conduct a traffic stop on the vehicle.  The driver of the vehicle (later identified as Dieuny PASIUS) then took the officer on a high speed chase that ended in the city of Lake Worth when PASIUS crashed the vehicle.  Once the accident occurred, Officer Latortue and Sgt. Navas made contact with the driver and sole occupant of the vehicle, who was identified as Dieuny PASIUS.  PASIUS apologized and

stated that he did not stop because he had several warrants pending and that he did not want to go to jail. PASIUS was then placed in handcuffs and arrested for fleeing to elude a police car. An inventory and search incident to arrest of the wrecked vehicle revealed a Smith and Wesson .38 caliber revolver, SN DAR9347, in plain view on the front passenger floor board. Also recovered from the vehicle was 42 xanax pills, 1.4 g of crack cocaine, and 3 Oxycodone (30mg) pills.

3. PASIUS was read his Miranda warnings, which he waived. He told officers that he did not steal the vehicle, but that he borrowed it from a friend.

4. Your affiant conducted an interview with "RW," who was the authorized user of the Camaro that was involved in the crash, which is/was legally registered to his mother. "RW" said that he is an acquaintance of PASIUS, but that he did not let him borrow his vehicle. "RW" also said that he does not own any firearms, and that any firearm recovered from a vehicle did not belong to him.

5. On May 18, 2013, Dieuny PASIUS was arrested at the Boynton Beach Mall by the Boynton Beach Police Department for an outstanding warrant for battery on a pregnant female. ATF Task Force Officer (TFO) Raines was notified of the arrest and arrived on the scene.

6. At the time of the arrest, PASIUS was in possession of keys to a rental vehicle, a gray Toyota Camry, FL license plate number 632YEY, discovered parked in the mall's parking lot, which is located in Boynton Beach, Palm Beach County, Southern District of Florida. TFO Raines requested that the vehicle be towed to

the Boynton Beach Police Department (BBPD). TFO Raines determined that the renter of the vehicle was "LT," who is the mother of "JT," (PASIUS's girlfriend).

7. "LT" arrived at the police department and explained to officers that she let her daughter drive the vehicle even though she was not on the lease. "LT" then signed a consent to search form to search the vehicle. During the search, a Glock handgun was observed under the front driver's seat. At this time, the search was halted and TFO Raines requested crime scene to process the vehicle. Boynton Beach Field Office Crime Scene Detective Sanders arrived on scene and recovered a Glock Model 22 .40 caliber handgun, serial number MYS080 from underneath the driver's seat. An NCIC query of this firearm determined that it was stolen in 2011, PBSO Case number 11-156590.

8. On August 1, 2013 at approximately 2:42 a.m., Boynton Beach Police Department (BBPD) dispatch advised via police radio that they received an emergency call from the clerk of the Shell Gas Station 300 N. Congress Ave., Boynton Beach, Palm Beach County, Southern District of Florida, stating that a Black male was brandishing a firearm outside the business demanding she let him inside the locked Gas Station interior. The clerk described the subject brandishing the firearm as a Black male with dreadlocks, leaving the area in possibly a dark green Mustang. Shortly thereafter, a vehicle similar to that described by the clerk was observed traveling Westbound on Boynton Beach Blvd from the Shell gas station by Boynton Beach Police Department (BBPD) Officer Ryan from his marked police vehicle.

9. Officer Ryan observed a dark colored vehicle similar to that described by the complainant driven by a Black male with dreadlocks turn east on Boynton Beach Blvd from Lawrence Rd. BBPD Officer Ryan made a U-Turn to investigate further. Upon executing his U-Turn, Officer Ryan observed the suspect vehicle accelerate, repeatedly turned his headlights on and off and began driving erratically, speeding up and slowing down and failing to maintain a single lane. BBPD Officers attempted to affect a traffic stop of the suspect vehicle in the 200 Block of North Congress Ave. and activated their emergency equipment (blue lights and siren). A computer check of the Florida tag revealed it was confirmed stolen out of Boca Raton.

10. The suspect vehicle, later determined to be a Blue Mitsubishi, then rapidly accelerated and took evasive maneuvers, failing to yield, and disregarding traffic signals at major intersections. The pursuit went through three cities (Boynton Beach, Lantana and Lake Worth). The vehicle did a u-turn and proceeded Northbound on Congress Ave at a high rate of speed, then headed Eastbound on Lantana Rd, then South on High Ridge Rd. Officers deployed stop sticks at Hypoluxo Rd and High Ridge Rd which were successful in deflating the vehicle's driver-side tires. The suspect vehicle did not stop, however, and entered I-95 and continued to flee Northbound on the interstate until the stolen vehicle crashed into a tractor trailer.

11. The driver and sole occupant of the wrecked suspect vehicle was identified as Dieuny PASIUS. PASIUS was taken into custody without further incident. Underneath his vehicle was a loaded Colt 1911 Government Model .45 caliber

4

pistol, serial number 43616B70.  Search incident to arrest revealed PASIUS had a ziplock baggie containing 37 Oxycodone pills and 2 Zanax pills concealed in his dreadlocks, and 3.1 grams of marijuana in his right front shorts pocket.

12. Your affiant conducted an interview with "JP," who was the sole employee at the gas station on August 1, 2013.  "JP" stated that at approximately 2:00 a.m., a Black male with dreadlocks purchased gas and cigarettes.  "JP" stated that the male had a gun in his waistband that was tucked into his boxer shorts, which "JP" described as having been red and white in color.  The male became angry and demanded to be let into the gas station, which does not open their lobby until 6 a.m.  The male then put the gun in his hands and pulled on the doors to enter the business.  "JP" said she was very scared, and ran to the back room to call the police.  Later, after the police arrived, "JP" looked out the window and saw the police car following the car of the male she had seen with the gun earlier. A few minutes later, she observed the car, still being followed by police, traveling in the opposite direction.  "JP" volunteered that the car was not green, but that it was dark in color.  "JP" explained that she was focusing more on the male and the gun than she was upon the vehicle.

13. Your affiant presented a photo array containing six photos, including one of Dieuny PASIUS, to "JP." "JP" identified PASIUS as the male with the gun at the gas station that morning.

14. Your affiant has consulted with ATF Special Agent Michael Kelly, who has received extensive training in the manufacture and commerce of firearms, and who has been admitted as an expert witness in the interstate commerce nexus of

5

firearms and ammunition in the United States District Court for the Southern District of Florida. Special Agent Kelly advised your affiant that Smith and Wesson, Glock, and Colt firearms are not manufactured in the State of Florida and therefore, by their subsequent presence in the State of Florida, such of necessity traveled and affected interstate commerce.

15. Your affiant conducted a criminal record check on Dieuny PASIUS and determined the following: On September 19, 2011, PASIUS was convicted for Fleeing and eluding (high speed or reckless), a 2nd degree felony.

16. On the basis of the foregoing facts, your affiant submits that probable cause exists to believe Dieuny PASIUS illegally possessed a firearm and ammunition after being convicted of a crime punishable by a term of imprisonment exceeding one

year, in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

FURTHER YOUR AFFIANT SAITH NAUGHT.

SARA CONNORS
SPECIAL AGENT
BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND
EXPLOSIVES

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 2nd DAY OF AUGUST
AT PALM BEACH COUNTY, FLORIDA.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8359-DLB

UNITED STATES OF AMERICA

vs.

DIEUNY PASIUS,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
John.McMillan@usdoj.gov